COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
|  |  | No. 08-08-00266-CV |
|  | § |  |
| IN RE:  JENNIFER TRAHAN AND |  | AN ORIGINAL PROCEEDING |
| ALTO TRAHAN, | § |  |
|  |  | IN MANDAMUS |
| Relators. | § |  |
|  |  |  |
|  | § |  |

**MEMORANDUM OPINION**
**ON PETITION FOR WRIT OF MANDAMUS**

Relators, Jennifer Trahan and Alto Trahan, ask this Court to issue a writ of mandamus against the Honorable Maria Salas-Mendoza, Judge of the 120th District Court of El Paso County. In order to be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate he has no adequate remedy by appeal. *Id*. at 136. Based on the record before us, we are unable to conclude that Relators are entitled to mandamus relief. Accordingly, we deny mandamus relief. *See* TEX.R.APP.P. 52.8(a).

October 2, 2008

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Carr, JJ.
Chew, C.J., not participating